FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 18, 2018

Jacob Blizzard
BLIZZARD & ZIMMERMAN, PLLC
1369 Sayles Boulevard
Abilene, TX 79605
* DELIVERED VIA E-MAIL *

Lynsi Brantley
Assistant District Attorney
501 South Fillmore Street, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:**    Case Numbers:  07-18-00208-CR, 07-18-00209-CR
Trial Court Case Number: 70,813-B

**Style:** Jade Derrick Scales v. The State of Texas

Dear Counsel:

The Court has this day entered the attached Order in the captioned causes.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:    Honorable John B. Board (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)